UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
24 SEVEN, INC.,

                Plaintiff,

        -against-                                  09 Civ. 5512 (LAK)

ALICIA FAZIO, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff's counsel has advised the Court on behalf of all parties that the case has been settled and that appropriate submissions will be forthcoming. The action is dismissed with prejudice and without costs subject to the right of any party to reinstate the action to the calendar by filing, on or before July 6, 2009, a written notice of reinstatement in the event the settlement agreement has not be executed by that date.

        SO ORDERED.

Dated:      June 26, 2009

                                                               Lewis A. Kaplan
                                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 6/26/09